UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**William S. Bruce And Yolanda Martinez**

Social Security No. xxx-xx-9075 and xxx-xx-3500
Address:4041 Carbonton Road, ,Sanford, NC 27330-

Case No. 10-82090
Chapter 13

Debtors

## OBJECTION TO CLAIM

1. **NOW COME** the Debtors above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully object to the proof of claim filed by the creditor WELLS FARGO BANK, N.A. and dated December 6, 2010, for the following reasons:

2. The Debtor contends that the arrearage claim, in the amount $10,803.81, is overstated.

3. Proof of claim asserts that Wells Fargo Bank is entitled to fees totaling $ 320.00 for the following described expenses:

    a   Foreclosure Fees & Expanses: $ 300.00

    b.  Inspection fees: $ 2.00

4. Pursuant to N.C. Gen Stat. § 45-91, for a fee to be allowed, Wells Fargo Bank, N. A. must assess the fee within 45 days from the date which the fee was incurred, and must clearly and conspicuously explain the fee in a statement mailed to the borrower at the borrower's last known address within 30 days after assessing the fee.

5. Wells Fargo Bank, N. A.'s proof of claim does not specify when the fees were incurred, and does not specify when the fees were assessed.

6. Wells Fargo Bank, N. A.'s proof of claim does not include a copy of the explanatory statement mailed to the borrower at the borrower's last known address.

7. Wells Fargo Bank, N. A.'s failure to provide notice of the fees charged constitutes a waiver of said fees pursuant to N.C. Gen Stat. § 45-91(3). See *In re Saeed*, No. 10-10303 (Bankr. M.D.N.C., Sept 17, 2010) (2010 WL 3745641). See also *In re Obie*, No. 09-80794, (Bankr. M.D.N.C,.Nov. 24, 2009) (2009 WL 4113587).

Because the Debtor contests the amount of the pre-petition arrearage claimed by said creditor in its

Proof of Claim filed in this case, pursuant to Rule 34 of the Federal Rules of Civil Procedure and Rule 9014 of the Federal Rules of Bankruptcy Procedure, the Debtors are, by separate document attached herewith, requesting production from said creditor of a payment history and related information.

**WHEREFORE**, the Debtor prays that the Court enter an Order reducing the pre-petition arrearage by the amount of any disallowed fees. Furthermore, in the event that said creditor contests this objection by filing a formal response thereto, the Debtors request that, until such time as the aforementioned payment history is provided, the Court treat any hearing upon this Objection as preliminary, in accordance with the power vested in this Court pursuant to 11 U.S.C. 105(a). Lastly, pursuant to N.C.G.S. § 6-18 & 19, the Debtors pray that the costs of this action be taxed to the Creditor and that the attorney for the Debtors be awarded fees in the amount of $500.00.

**WHEREFORE**, the Debtors pray that the Court enter an Order reducing the pre-petition arrearage claim accordingly .

Dated: January 26, 2011

                                         LAW OFFICES OF JOHN T. ORCUTT, P.C.

                                         /s Edward Boltz
                                         Edward Boltz
                                         N.C. State Bar No. 23003
                                         6616-203 Six Forks Road
                                         Raleigh, N.C. 27615
                                         (919) 847-9750

claimomd.wpt (rev. 9/28/10)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**William S. Bruce And Yolanda Martinez**

Social Security No. xxx-xx-9075 and xxx-xx-3500
Address:4041 Carbonton Road, ,Sanford, NC 27330-

Case No. 10-82090
Chapter 13

Debtors

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on January 26, 2011. I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

WELLS FARGO BANK, N.A.
**Attn: Managing Agent**
S/B/M/ Wells Fargo Home Mortgage Inc.
3476 Stateview Boulevard
Fort Mill, SC 29715-

Sean Corcoran
Attorney for WELLS FARGO BANK, N.A.
Brock & Scott, P.L.L.C.
5121 Parkway Plaza Drive Ste 300
Charlotte, NC 28271-

U.S. Bankruptcy Administrator


Richard M. Hutson, II
Chapter 13 Trustee


/s Renee Nolte
Renee Nolte